THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Charles Smith, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Memorandum Opinion No.  2009-MO-026
 Submitted May 28, 2009  Filed June 1,
2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Chief
 Attorney General Salley Elliott, Assistant Attorney General Brian T. Petrano, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ
 of certiorari to review the denial of Petitioners application for
 post-conviction relief (PCR).  We now dismiss the writ as improvidently
 granted.
DISMISSED
 AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.